# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

**CIVIL FILE No. 00-1591 DDA/SRN**

---

Nancy White, a/k/a Nancy Thunder,

Plaintiff,

vs.

**~~PROPOSED~~ ORDER**

Daniel Hanson, individually and in his official capacity, John Does Nos. 1 and 2, individually and in their official capacity, and County of Hennepin,

Defendants.

---

The above matter came on for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, at 3:00 P.M., Monday, December 17, 2001, upon the motion of Joseph B. Marshall for leave to withdraw as counsel for Defendant Daniel Hanson. Joseph B. Marshall, Marshall and Associates, P.A., 9501 Lexington Ave. No. Circle Pines, MN 55014, appeared on his own behalf. Assistant Hennepin County Toni Beitz, Office of the Hennepin County Attorney, C-2000 - Hennepin County Government Center, 300 South Sixth Street, Minneapolis, MN 55487, appeared on behalf of Hennepin County. Steven A. Sondrall, # 103391, C. Alden Pearson, # 0278543, 8525 Edinbrook Crossing, Suite 201, Brooklyn Park, MN 55443, appeared on behalf of Plaintiff. No appearance was made by or on behalf of Daniel Hanson, 3217 16th Ave, Anoka, MN 55303.

Based upon the motion of Joseph B. Marshall, all matters of record to date and without

DEC 17 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

objection from any party, the Court hereby grants the Motion for Leave to Withdraw as counsel for Defendant Daniel Hanson. [Docket Nos. 30 and 31.]

Dated: December 17, 2001

BY THE COURT

Susan Richard Nelson

Susan Richard Nelson
U.S. Magistrate Judge