UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Nancy White, a/k/a Nancy Thunder,

Plaintiff,

vs.

Daniel Hanson, individually and in his official capacity, John Does Nos. 1 and 2, individually and in their official capacity, and County of Hennepin,

Defendants.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS JOHN DOES NOS. 1 and 2, AND COUNTY OF HENNEPIN

Civil No. 00-1591
DDA/SRN

The claims in the above-entitled action, having been fully compromised and settled between plaintiff Nancy White a/k/a Nancy Thunder and Defendants John Does Nos. 1 and 2 and County of Hennepin, it is hereby stipulated and agreed by these parties, through their respective undersigned attorneys, that the same may be, and hereby is, dismissed against these defendants with prejudice but without cost to any party.

It is further stipulated and agreed that an appropriate Order for Judgment with prejudice may be entered by the Court.

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. DEC 20 2001
DEPUTY CLERK

JENSEN & SONDRALL, P.A.

By: ____________________
William C. Strait (153357)
8525 Edinbrook Crossing, Suite 201
Brooklyn Park, MN 55443
Telephone: 763-424-8811

Dated: December 19, 2001

AMY KLOBUCHAR
Hennepin County Attorney

By: ____________________
Toni A. Beitz (6245)
2000A Government Center
Minneapolis, MN 55487
Telephone: 612-348-8533/FAX: 348-8299

Dated: December 19, 2001

APPROVAL OF SETTLEMENT

Pursuant to the requirements of Minn. Stat. § 466.08, this Court having been advised concerning the terms of the settlement,

NOW, THEREFORE this Court hereby approves settlement of the captioned litigation for a sum in excess of $10,000.

ORDER FOR JUDGMENT

Based on the Stipulation of Dismissal With Prejudice and Approval of Settlement,

IT IS ORDERED that the above-entitled action be, and the same hereby is, dismissed in its entirety against Defendants John Does Nos. 1 and 2 and County of Hennepin, with prejudice and without costs to either party.

THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

____________________
The Honorable Donald D. Alsop
Judge, United States District Court

Dated: December 20, 2001