# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nancy White, a/k/a Nancy Thunder, Case No. Civil 00-1591 DDA/SRN

v. **JUDGMENT IN A CIVIL CASE**

Daniel Hanson, individually and in his official capacity, John Does Nos. 1 and 2, individually and in their official capacity, and County of Hennepin

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The above-entitled action is dismissed in its entirety against defendants John Does Nos 1 and 2 and County of Hennepin, with prejudice and without costs to either party.

DATE: December 290, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

47