**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nancy White,

Plaintiff,

v.

Daniel Hanson,

Defendant.

Civil 00CV1591 (DDA/SRN)

**ORDER**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of bankruptcy proceedings.

**IT IS HEREBY ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of any party to move to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: January 9, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

JAN 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK